[No. 18691-8-II.    Division Two.    January 31, 1997.]

*In the Matter of the Marriage of* EDWARD D. TUCK, III, *Appellant, and* GERALDINE F. TUCK, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 93-3-01839-7, Karen L. Strombom, J., entered August 5, 1994. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 18799-0-II.    Division Two.    January 31, 1997.]

THE STATE OF WASHINGTON, *Appellant,* v. CRAIG STEPHEN BURDEN, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-04058-1, Thomas R. Sauriol, J., entered October 10, 1994. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 19521-6-II.    Division Two.    January 31, 1997.]

GERALD HODGKISS, *Appellant,* v. PIERCE COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 93-2-01505-1, Paula Casey, J., entered April 25, 1995. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld, J., and Felnagle, J. Pro Tem.

[No. 19575-5-II.    Division Two.    January 31, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. HOWARD S. DUBUC, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 95-1-00119-2, F. Mark McCauley, J., entered June 14, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld, J., and Felnagle, J. Pro Tem.